981 A.2d 1278

**Demetrius DOZIER, Petitioner**

v.

**Gerald ROZUM, Respondent.**

**No. 111 EM 2009.**

Supreme Court of Pennsylvania.

Sept. 10, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 10th day of September, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Application for Immediate Hearing on the Writ of Habeas Corpus Petition and the Petition for Writ of Habeas Corpus are **DENIED.**

981 A.2d 1279

**Demetrius DOZIER, Petitioner**

v.

**Christopher THOMAS, Respondent.**

**No. 110 EM 2009.**

Supreme Court of Pennsylvania.

Sept. 10, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 10th day of September, 2009, the Petition for Extraordinary Relief is **DENIED.**